UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Jason Michael Martin             Case No. 09-40530-JBR
Chapter 13

# APPLICATION FOR COMPENSATION

Pursuant to Bankruptcy Rule **2016** and **MLBR 2016-1, the** undersigned, counsel for the Debtor in the above entitled case, hereby applies for approval of compensation in the amount of $5,275.00 in legal fees and expenses for the period November 24, 2008 through November 25, 2009. In support hereof, counsel respectfully submits the attached billing detail, which describes the specific services performed each day by counsel with the time broken down into units of tenths of one hour devoted to such services and which describes actual expenses incurred, and says as follows.

These services were rendered pursuant to a written fee agreement, to wit the district standard Chapter 13 agreement, previously filed in this case, and a supplemental written agreement between the Debtor and counsel concerning a fee for services rendered. Fees and expenses in excess of retainer are to be paid through the Debtor's Chapter 13 Plan, filed herewith.

The date and amount of any retainer, partial payment or prior interim allowances is (are) as follows: $3,000.00 fee retainer received February 9, 2009. In addition, Debtor paid $250.00 on January 28, 2009 and $25.00 on January 29, 2009 as expense reimbursements. Counsel was also paid $500.00 on 11/30/2009 and $500.00 on 12/28/2009.

Total legal fees paid to date are $4000.00. Total expenses paid to date are $275.00.

The services performed include usual and customary Chapter 13 pre-confirmation services as well as preparing and filing an Amended Chapter 13 Plan and dealing with the Chapter 13 Trustee's objection to the Amended Plan.

Counsel has exercised billing discretion to write off over $1,827.50 in legal fees because of the Debtor's inability to pay more. The attached billing detail contains, under the heading "Professional Services Summary for this Matter", a summary of hours expended by professionals and other personnel.

A brief biography of each person requesting compensation hereunder is attached hereto. The following chart sets forth the information required by MLBR 2016-1(a)(2)

| Full name | Initials | Hourly Rate | Total fees and expenses |
|---|---|---|---|
| Richard M. Canzano | RMC | $375.00 | $5,275.00 |
| Laurie E. Leary | LEL | $130.00 | |

By his attorney,

/s/ Richard M. Canzano

Richard M. Canzano
072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
781 935 3500 Telephone
781 935 7887 Facsimile
rmcanzano@aol.com

Dated: March 15, 2010

# Blumsack & Canzano

36 Commerce Way
Woburn, Ma 01801
781 935 3500
781 935 7887 fax
rmcanzano@aol.com

Jason M. Martin
66 Longley Road
Shirley, MA  01464

March 16, 2010
7610-1

Matter No. 7610-1
Re:     Chapter 13
Bill No. 1239

**Fees:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 11/24/08 | RMC | Initial meeting with the client to discuss the facts of the case, the law and cost of the matter.<br>1.00 hours at $350.00 per hour | 350.00 |
| 01/12/09 | RMC | Follow up meeting with client to discuss his options<br>1.00 hours at $350.00 per hour | 350.00 |
| 01/15/09 | RMC | Follow upmeeting with client<br>0.75 hours at $350.00 per hour | 262.50 |
| 02/04/09 | RMC | Draft ch 13 documents and all necessary schedules<br>3.00 hours at $350.00 per hour | 1,050.00 |
| 02/23/09 | RMC | Electronically file c 13 petition and mail copy of Plan to all Creditors<br>1.50 hours at $350.00 per hour | 525.00 |
| 02/23/09 | RMC | Telephone conference with Ch 13's office about rescheduling the Attendance at 341 hearing portal to portal hearing concerning my conflicting schedule<br>0.20 hours at $350.00 per hour | 70.00 |
| 02/23/09 | RMC | Dictate Motion tocontinue<br>0.30 hours at $350.00 per hour | 105.00 |

Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801

| | | |
|---|---|---|
| Matter No. 7610-1 | | March 16, 2010 |
| Jason M. Martin | | Page 2 |
| Chapter 13 | | |

| Date | Atty | Description | Amount |
|---|---|---|---|
| 03/16/09 | RMC | Meeting with client concerning the excution of the c13 documents<br>　　　1.00 hours at $350.00 per hour | 350.00 |
| 03/23/09 | LEL | Online search @ Middlesex South ROD for copy of deed. Telephone conference with C13 trustee's office re: was request to continue meeting of creditors (scheduled 3/27/09) granted. Granted, no notice to creditors until new date assigned.<br>Call to client re: meeting of creds continued, no date yet; not available. Left message and requested a return call.<br>Review c13 trustee's request for copies of documents to be provided.<br>Review file for copies of documents as above. Sort file contents.<br>　　　1.00 hours at $100.00 per hour | 100.00 |
| 03/23/09 | LEL | Prepare draft notice of change in date of meeting of creditors.<br>Prepare certif service.<br>　　　0.50 hours at $100.00 per hour | 50.00 |
| 03/25/09 | LEL | Email to client re: request copies of documents to be sent to chapter 13 trustee in advance of meeting of creditors.<br>　　　0.25 hours at $100.00 per hour | 25.00 |
| 03/25/09 | RMC | Review of C 13 Trustee's request for documents, File maintenance ; dictate instructions to LEL<br>　　　0.40 hours at $350.00 per hour | 140.00 |
| 05/15/09 | RMC | Attendance at 341 hearing portal to portal<br>　　　3.50 hours at $350.00 per hour | 1,225.00 |

Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801

| | |
|---|---|
| Matter No. 7610-1 | March 16, 2010 |
| Jason M. Martin | Page 3 |
| Chapter 13 | |

| Date | Atty | Description | Amount |
|---|---|---|---|
| 06/04/09 | RMC | Prepare amended c 13 Plan and other documents; electronically file same; File maintenance<br>    2.00 hours at $350.00 per hour | 700.00 |
| 07/07/09 | RMC | Review of the Trustee's Objection tothe Plan; telephone conference with client about hte Objection<br>    1.00 hours at $350.00 per hour | 350.00 |
| 08/25/09 | RMC | Telephone conference with Ms Psilos about the Trstee's Objection to the Plan; during the settlement discussions a settlement was reached; telephone conference with cllient a bout the settlement; File maintenance<br>    1.25 hours at $350.00 per hour | 437.50 |
| 10/07/09 | LEL | Draft motion to amend c. 13 plan and certificate of service.<br>Call to Judge Rosenthal's clerk re: form of declaration required for amended schedules I and J.<br>    0.50 hours at $130.00 per hour | 65.00 |
| 10/08/09 | LEL | Call to Judge Rosenthal's session clerk re: appropriate declaration.<br>Telephone conference with Madelyn Bedard as above.<br>Prepare amended declaration.<br>Prepare memorandum.<br>    0.50 hours at $130.00 per hour | 65.00 |
| 10/09/09 | LEL | Prepare mailing to all creditors re: motion to file amended plan.<br>    0.50 hours at $130.00 per hour | 65.00 |
| 11/03/09 | RMC | Review of Modification of Amended Plan; execution and fax over to Ms. Psilos | 175.00 |

Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801

Matter No. 7610-1                                            March 16, 2010
Jason M. Martin                                              Page 4
Chapter 13

                0.50 hours at $350.00 per hour

| | | | |
|---|---|---|---:|
| 11/09/09 | RMC | Electronically file amended c 13 plan and send out notice of amended plan to creditors<br>0.75 hours at $350.00 per hour | 262.50 |
| 11/25/09 | RMC | Review of Order confirming the AMneded Plan; File maintenance<br>0.30 hours at $350.00 per hour | 105.00 |

                                                hours       21.70
                                       Total fees:       $6,827.50

**Attorney Summary**

| | | |
|---|---|---|
| RMC | Richard M. Canzano | 18.45 hours at $350.00 per hour |
| LEL | Laurie E. Leary | 1.75 hours at $100.00 per hour |
| LEL | Laurie E. Leary | 1.50 hours at $130.00 per hour |

**Expenses:**

| | | |
|---|---|---:|
| 01/28/09 | Advance for filing fee and other out of pocket expenses | 275.00 |

                                                  Total expenses:       $275.00

**Payments & Adjustments:**

| | | |
|---|---|---:|
| 01/06/09 | Payment for legal fees | 1,500.00 CR |
| 01/28/09 | Payment for expenses | 250.00 CR |
| 01/28/09 | Payment for legal fees | 1,500.00 CR |

Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801

Matter No. 7610-1  
Jason M. Martin  
Chapter 13

March 16, 2010  
Page 5

| Date | Description | Amount |
|---|---|---|
| 01/29/09 | Payment for expenses | 25.00 CR |
| 12/10/09 | Dividend from c13 trustee | 500.00 CR |
| 01/11/10 | Dividend from Chapter 13 Trustee | 500.00 CR |
| | Total payments & adjustments: | $4,275.00 CR |

**Billing Summary**

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 4,275.00 CR |
| Current fees & expenses | 7,102.50 |
| **Total now due** | **$2,827.50** |

2

Richard M. Canzano practices in bankruptcy, insolvency, commercial and secured lending law. He is a member of the Massachusetts bar, 1971; U.S. Supreme Court, U.S. District Court for the District of Massachusetts, and U.S. Court of Appeals, First Circuit. His education includes Boston College (B.A., 1968) and Boston College Law (J.D., 1971). He is a resident of Boston, Massachusetts and has maintained his practice in Woburn for the past 30 years. Mr. Canzano has appeared as lecturer for the MCLE concerning contract damages. He has represented secured lenders, debtors, and investors seeking to acquire assets or businesses in bankruptcy.

3

Laurie E. Leary is a paralegal assistant employed by the office of Blumsack & Canzano since 1976. She is a graduate of Katherine Gibbs School (1972) and upon graduation was hired by the firm of Ropes & Gray in Boston. During her tenure at Blumsack & Canzano, Mrs. Leary has attended numerous paralegal courses at Northeastern University.

# United States Bankruptcy Court
### District of Massachusetts

In re  Jason Michael Martin                              Case No.  09-40530
                              Debtor(s)                  Chapter   13

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, a copy of **APPLICATION FOR COMPENSATION** was served electronically or by regular United States mail to all interested parties including ( by regular mail) the Debtor, Jason Michael Martin 66 Longley Rd. , Shirley, MA 01464, the Trustee and all creditors listed below.

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Chrysler Credit
Po Box 8065
Royal Oak, MI 48068

Discover Financial
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054

GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702

Sallie Mae
Attn: Claims Dept
Po Box 9500
Wilkes Barre, PA 18773

Washington Mutual Mortgage
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

/s/ Richard M. Canzano
Richard M. Canzano 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
781 935 3500 Fax:781 935 7887
rmcanzano@aol.com