UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Jason Michael Martin                     Case No. 09-40530-JBR
                                               Chapter 13

# APPLICATION FOR COMPENSATION

Pursuant to Bankruptcy Rule **2016** and **MLBR 2016-1, the** undersigned, counsel for the Debtor in the above entitled case, hereby applies for approval of compensation in the amount of $5,275.00 in legal fees and expenses for the period November 24, 2008 through November 25, 2009. In support hereof, counsel respectfully submits the attached billing detail, which describes the specific services performed each day by counsel with the time broken down into units of tenths of one hour devoted to such services and which describes actual expenses incurred, and says as follows.

These services were rendered pursuant to a written fee agreement, to wit the district standard Chapter 13 agreement, previously filed in this case, and a supplemental written agreement between the Debtor and counsel concerning a fee for services rendered. Fees and expenses in excess of retainer are to be paid through the Debtor's Chapter 13 Plan, filed herewith.

The date and amount of any retainer, partial payment or prior interim allowances is (are) as follows: $3,000.00 fee retainer received February 9, 2009. In addition, Debtor paid $250.00 on January 28, 2009 and $25.00 on January 29, 2009 as expense reimbursements. Counsel was also paid $500.00 on 11/30/2009 and $500.00 on 12/28/2009.

Total legal fees paid to date are $4000.00. Total expenses paid to date are $275.00.

The services performed include usual and customary Chapter 13 pre-confirmation services as well as preparing and filing an Amended Chapter 13 Plan and dealing with the Chapter 13 Trustee's objection to the Amended Plan.

Counsel has exercised billing discretion to write off over $1,827.50 in legal fees because of the Debtor's inability to pay more. The attached billing detail contains, under the heading "Professional Services Summary for this Matter", a summary of hours expended by professionals and other personnel.

A brief biography of each person requesting compensation hereunder is attached hereto. The following chart sets forth the information required by MLBR 2016-1(a)(2)

4/13/2010 ALLOWED. NO OBJECTIONS FILED.